Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
Phone: (503) 351-2327
Fax: (503) 914-6665
Email: bwnlaw@gmail.com
Attorney for Petitioner Chris Darrell Joseph Sage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

CHRIS DARRELL JOSEPH SAGE,  　　No. 1:20-CV-_____

　　　　　　Petitioner,　　　　**PETITIONER'S EXHIBIT LIST**

v.

WILLIAM W. LOTHROP,
Warden, FCI Phoenix,

　　　　　　Respondent.

Petitioner Christopher Darrell Joseph Sage respectfully submits the attached and below listed exhibits in support of his petition for a writ of habeas corpus under 28 U.S.C. §2241.

**Ex. #　Description**

1　　Amended judgment, District of Oregon case no. 1:13-00100-PA-01

2　　Judgment, Josephine County Circuit Court case no. 02CR0839

3　　Judgment, Josephine County Circuit Court case no. 03CR0082

4　　Judgment, Josephine County Circuit Court case no. 06CR0759

**Ex. #   Description**

5   Judgment, Josephine County Circuit Court case no. 07CR0353

RESPECTFULLY SUBMITTED November 16, 2020.

/s/ Bear Wilner-Nugent
Bear Wilner-Nugent, OSB #044549
Attorney for Petitioner Chris Darrell Joseph Sage