Case 1:13-cr-00100-MC   Document 44-5   Filed 05/07/14   Page 5 of 7

Oregon vs. Chris Darrell Joseph Sage, Case No. 02CR0839

# IN THE STATE OF OREGON FOR
# JOSEPHINE COUNTY CIRCUIT COURT

| | |
|---|---|
| STATE OF OREGON, Plaintiff, vs. Chris Darrell Joseph Sage, Defendant | Case No.: 02CR0839<br>**JUDGMENT**<br>Case File Date: 12/12/2002 |

FILED JOSEPHINE COUNTY COURTS FEB 6 2003 BY

## DEFENDANT

True Name: Chris Darrell Joseph Sage
Date of Birth: ▮▮▮64
Fingerprint Control No (FPN): 52677594

Sex: Male
State Identification No (SID): 14822330

## HEARING

Court Reporter: Recorder Electronic

Defendant appeared in person and was in custody. The court determined that the defendant was indigent for purposes of court-appointed counsel, and the court appointed counsel for the defendant. The defendant was represented by Attorney(s) Christina Villaescusa, OSB Number 86310.

Plaintiff appeared by and through Scott K Titzler, OSB Number 87362.

ENTERED FEB 6 2003
VBL # 71860/706
DSB

## COUNT(S)

It is adjudged that the defendant has been convicted on the following count(s):

### Count 2: Manu/Del Cntrld Sub-SC 2.

Count number 2, Manu/Del Cntrld Sub-SC 2, ORS 4759921B, a Class B Felony, committed on or about 12/11/2002.

Conviction is based upon a plea of No Contest on 01/28/2003.

**Sentencing Guidelines**

Crime Severity Classification (CSC) on Count Number 2 is 4 and the Criminal History Classification (CHC) is C.

**Probation**

Defendant is sentenced to Supervised probation for a period of 24 month(s) and shall be subject to the following conditions of probation: Pursuant to the sentencing guidelines grid, defendant is subject to 120 sanction units with 60 jail units.

All general conditions of probation (ORS 137.540) apply.

Furthermore, defendant is subject to the following Special Conditions of Probation (ORS 137.540(2)):
- Consent to and cooperate with any plan deemed necessary by the Probation Officer or therapist to maintain offense-free behavior for the duration of probation.
- Submit to polygraph examination by a qualified examiner, at direction of Probation Officer, to determine compliance to conditions of supervision; results are usable at revocation proceedings.
- Abstain from the use of intoxicants.
- Refrain from knowingly associating with persons who use or possess controlled substances illegally.
- Refrain from frequenting place where controlled substances are illegally kept or sold.
- Refrain from knowingly associating with crime partners or persons known to be engaged in criminal activities unless authorized by the Court or Probation Officer.
- Do not use, possess or have under your control a police band scanner.
- Pay fines, fees, restitution, or other fees as ordered by the court.
- Do not drive without valid permit, license, or insurance.
- Do not engage in activities or use or possess materials which interfere with the accuracy of urinalysis.
- Report to Probation Officer within 24 hours after court or upon release.
- Successfully complete a substance abuse evaluation and successfully complete any recommended treatment program.

PETITIONER'S EXHIBIT 2

Page 1 of 3
Document Type: Judgment

☒DA ☒Atty ☒Jail ☒Prob ☐MH ☒Media ☐DMV

**GOVN'T SENTENCING EXHIBIT 5-5**

Case 1:13-cr-00100-MC   Document 44-5   Filed 05/07/14   Page 6 of 7

of Oregon vs. Chris Darrell Joseph Sage, Case No. 02CR0839

- Submit to DNA blood draw pursuant to ORS 137.076.

### Jail as a Condition of Probation

Be confined to the jail for 20 unit(s). Defendant is remanded to the custody of the Josephine County Sheriff for transportation to the Jail for service of this sentence. Defendant may receive credit for time served. Defendant may not be considered by the executing or releasing authority for any form of alternative to incarceration or alternative sanctions as specified in ORS 137.750-137.752, and shall pay any required per diem fees.

### Monetary Terms

Defendant shall be required to pay the following amounts on this count:

### Fees and Assessments: Payable to the Court.

| Type | Amount | Modifier | Suspended Amount | Actual Owed |
|---|---|---|---|---|
| Attorney Fees | $440.00 | | | $440.00 |
| County Jail Asmt | $54.00 | | | $54.00 |
| Fine | $500.00 | | | $500.00 |
| Lic Susp Asmt | $15.00 | | | $15.00 |
| LE Medical Asmt | $5.00 | | | $5.00 |
| Unitary Assessment | $105.00 | | | $105.00 |
| Total | $1,119.00 | | | $1,119.00 |

## CRIMES OF NON-CONVICTION

Count # 1 is Judgment Dismissal Criminal.

Count # 3 is Judgment Dismissal Criminal.

## MONEY JUDGMENT

### Judgment Creditor: State of Oregon
### Judgment Debtor: Chris Darrell Joseph Sage

Defendant is ordered to pay the following monetary totals, including restitution or compensatory fine amounts stated above, which are listed in the Money Judgment portion of this document:

| Type | Actual Owed |
|---|---|
| Attorney Fees | $440.00 |
| County Jail Asmt | $54.00 |
| Fine | $500.00 |
| Lic Susp Asmt | $15.00 |
| LE Medical Asmt | $5.00 |
| Unitary Assessment | $105.00 |
| Total | $1,119.00 |

The court may increase the total amount owed by adding collection fees and other assessments. These fees and assessments may be added without further notice to the defendant and without further court order.

Case 1:13-cr-00100-MC    Document 44-5    Filed 05/07/14    Page 7 of 7

f Oregon vs. Chris Darrell Joseph Sage, Case No. 02CR0839

**Payment Schedule**

Payment of the fines, fees, assessments, and/or attorney's fees noted in this and any subsequent Money Judgment shall be made as follows:

Payments are to be scheduled by the clerk of the court pursuant to ORS 161.675.

Payable to:
**Josephine County Circuit Court**
**500 NW 6th Street**
**Grants Pass, OR 97526**

Dated the ___6___ day of __February__, 20_03_

Signed: _____
Lindi L Baker  pro tem

Certified True Copy Of The Original
Dated This __ Day Of Jan, 20_3_
Trial Court Administrator
By: _____