# IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR JOSEPHINE COUNTY

## JUDGMENT OF CONVICTION AND SENTENCE

State of Oregon, Plaintiff

vs.

Christopher Sage, Defendant.

Counsel: Villaescusa
☒ Court-appointed  ☐ Waived Rights to Attorney

DOB: ___/64

FOUND GUILTY by: ☐ Jury  ☐ Court

CASE # 03CR0082
Count 1  Charge: Poss of Precursor Sub

☐ Conviction for Class A Misdemeanor
☐ Conviction for Class A Misdemeanor upon successful completion of probation

Agency: GRPP    Incident Date: 10/22/02

DEFENDANT PLEAD: ☐ Guilty  ☒ No Contest

Judge: Baker
DA: Titzler
Reporter: elec
Clerk: CQ
Interpreter: ___

☐ Defendant Admitted Allegations

DATE: 1-29-03

## IT IS HEREBY ORDERED

☐ Impose Sentence  ☐ Suspend Imposition of Sentence
**DEFENDANT IS PLACED ON PROBATION**
☒ Community Corrections  ☐ Court for 36 (months)/years
☐ Submit to DNA as required by ORS 176.076
☐ All GENERAL CONDITIONS of probation (ORS 137.540) apply
☐ #10 - Obey all laws

The following Special Conditions of Probation apply:
(01) (02) 03 (04) 05 06 (07) 08 09 (10) (11) 12 13 14 15 16
17 (18) 19 20 (21) (22) 23 24 (25) (26) 27 (28) 29 30 31

☐ #04 - Abstain from the use of intoxicants.
☐ #08 - No contact with _____
☐ #12 - Complete _____ units / hours Community Service as directed by Community Service Coordinator and/or Probation Officer.
☐ #14 - Report to Community Service Coordinator within _____
☐ #15 - Successfully complete Alternative to Abuse and Violence Program as directed
☐ #19 - Successfully complete alcohol evaluation and treatment program as directed by Mental Health. Report by _____
☐ #20 - Attend Victim's Panel on _____
☐ #21 - Pay fines, fees, restitution, or other fees as ordered by the Court.
☐ #22 - Do not drive without a valid permit, license, or insurance.
☐ #30 - Report to jail for fingerprint and photography by _____
☒ #4 - drug Court

**Incarceration:**
180 Total Custody Units
30 (Units)/ Days / Months / Hours  Jail
☐ Consecutive to _____  ☒ Credit Time Served
☐ #26 - Report to Probation Officer within 24 hours or upon release
☐ Report to Supervisory Authority within 24 hours.

The defendant ☐ may ☒ may not be considered by the executing or releasing authority for any form of alternative to incarceration or alternative sanctions as specified in ORS 137.750 and shall pay any required per diem fees.

☒ The Following Counts are dismissed: Counts: 2, 3
☐ Court orders structured sanctions

UNLESS OTHERWISE ORDERED BY THE COURT OR AN APPEAL IS FILED WITHIN 30 DAYS OF THIS JUDGMENT, ALL CONTRABAND, INSTRUMENTALITIES, WEAPONS AND EVIDENCE SHALL BECOME THE PROPERTY OF THE APPROPRIATE LAW ENFORCEMENT AGENCY OF JOSEPHINE COUNTY FOR DISPOSITION PURSUANT TO LAW.

## MONEY JUDGMENT

Judgment Creditor: State of Oregon    Judgment Debtor: Defendant
FEES AND ASSESSMENTS: Payable to Court

| $ | | |
|---|---|---|
| $ 250 | Fine | |
| $( ___ ) | Fine suspended if attends Victim Panel | |
| $ 22 | Community Correction Assessment | |
| $ 2 | Law Enforcement Medical | |
| $ 15 | License / Police Assessment | |
| $ 105 | Unitary / Penalty Assessment | |
| $ 440 | Court Appointed Attorney Fees | |
| $ ___ | DUII Conviction Fee (Excluding treatment and evaluation fees) | |
| $ ___ | Domestic Violence Fund Assessment | |

COMPENSATORY FINE: Payable to Court
$ _____    Name: _____

RESTITUTION: Payable to Court
$ _____    Name: _____
$ _____    Name: _____
$ _____    Name: _____

Joint/Several with _____

$ 834.00 TOTAL DUE    Security ☐ Refund
☐ Structured Fine

Payments are to be scheduled by the clerk of the court pursuant to ORS 161.675.

THE COURT MAY INCREASE THE TOTAL AMOUNT OWED BY ADDING COLLECTION FEES AND OTHER ASSESSMENTS. THESE FEES AND ASSESSMENTS MAY BE ADDED WITHOUT FURTHER NOTICE TO THE DEFENDANT AND WITHOUT FURTHER COURT ORDER.

Payable to:  JOSEPHINE COUNTY COURTS
500 NW 6th Street - Room 252
Grants Pass, Oregon 97526

DATED the 6 day of February, 2003.

_____
JUDGE

PETITIONER'S EXHIBIT 3

GOV'N'T SENTENCING EXHIBIT 4-6

☒ DA  ☒ Def/Atty  ☒ Jail  ☒ Probation  ☐ MH  ☒ _____

# IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR JOSEPHINE COUNTY

## JUDGMENT OF CONVICTION AND SENTENCE

State of Oregon, Plaintiff

vs.

Christopher Sage, Defendant.

Counsel: Villaescusa
☒ Court-appointed  ☐ Waived Rights to Attorney

DOB ___/64

FOUND GUILTY by: ☐ Jury  ☐ Court

CASE # 03CR0082
Count 5  Charge: Endangering Welfare of Minor

☐ Conviction for Class A Misdemeanor
☐ Conviction for Class A Misdemeanor upon successful completion of probation

Agency: GRPP  Incident Date 10/22/02

DEFENDANT PLEAD: ☐ Guilty  ☒ No Contest

Judge: Baker
DA: Titzler
Reporter: elec
Clerk: CB
Interpreter: ___

☐ Defendant Admitted Allegations
DATE: 1-29-03

---

### IT IS HEREBY ORDERED

☐ Impose Sentence  ☐ Suspend Imposition of Sentence
**DEFENDANT IS PLACED ON PROBATION**
☒ Community Corrections  ☐ Court  for 36 months / years
☐ Submit to DNA as required by ORS 176.076
☐ All GENERAL CONDITIONS of probation (ORS 137.540) apply
☐ #10 - Obey all laws

**The following Special Conditions of Probation apply:**
(01) (02) 03 (04) 05 06 (07) 08 09 (10)(11) 12 13 14 15 16
17 (18) 19 20 (21)(22) 23 24 (25)(26) 27 (28) 29 30 31

☐ #04 - Abstain from the use of intoxicants.
☐ #08 - No contact with _____
☐ #12 - Complete _____ units / hours Community Service as directed by Community Service Coordinator and/or Probation Officer.
☐ #14 - Report to Community Service Coordinator within _____
☐ #15 - Successfully complete Alternative to Abuse and Violence Program as directed
☐ #19 - Successfully complete alcohol evaluation and treatment program as directed by Mental Health. Report by _____
☐ #20 - Attend Victim's Panel on _____
☐ #21 - Pay fines, fees, restitution, or other fees as ordered by the Court.
☐ #22 - Do not drive without a valid permit, license, or insurance.
☐ #30 - Report to jail for fingerprint and photography by _____
☐ _____

**Incarceration:**
_____ Total Custody Units
60 Units / Days / Months / Hours  Jail
☒ Consecutive to Count #1  ☒ Credit Time Served
☐ #26 - Report to Probation Officer **within 24 hours or upon release**
☐ Report to Supervisory Authority **within 24 hours**.
The defendant ☐ may  ☒ may not  be considered by the executing or releasing authority for any form of alternative to incarceration or alternative sanctions as specified in ORS 137.750 and shall pay any required per diem fees.

☐ The Following Counts are dismissed: Counts: _____
☐ Court orders structured sanctions

UNLESS OTHERWISE ORDERED BY THE COURT OR AN APPEAL IS FILED WITHIN 30 DAYS OF THIS JUDGMENT, ALL CONTRABAND, INSTRUMENTALITIES, WEAPONS AND EVIDENCE SHALL BECOME THE PROPERTY OF THE APPROPRIATE LAW ENFORCEMENT AGENCY OF JOSEPHINE COUNTY FOR DISPOSITION PURSUANT TO LAW.

### MONEY JUDGMENT

Judgment Creditor: State of Oregon  Judgment Debtor: Defendant
FEES AND ASSESSMENTS: Payable to Court

$ 0  Fine
$( )  Fine suspended if attends Victim Panel
$ ___  Community Correction Assessment
$ ___  Law Enforcement Medical
$ ___  Police Assessment
$ 105  Unitary / Penalty Assessment
$ ___  Court Appointed Attorney Fees
$ ___  DUII Conviction Fee (Excluding treatment and evaluation fees)
$ 500  Domestic Violence Fund Assessment

COMPENSATORY FINE: Payable to Court
$ ___  Name: _____

RESTITUTION: Payable to Court
$ ___  Name: _____
$ ___  Name: _____
$ ___  Name: _____
Joint/Several with _____

$ 605.00  TOTAL DUE  Security ☐ Refund
☐ Structured Fine

Payments are to be scheduled by the clerk of the court pursuant to ORS 161.675.

THE COURT MAY INCREASE THE TOTAL AMOUNT OWED BY ADDING COLLECTION FEES AND OTHER ASSESSMENTS. THESE FEES AND ASSESSMENTS MAY BE ADDED WITHOUT FURTHER NOTICE TO THE DEFENDANT AND WITHOUT FURTHER COURT ORDER.

Payable to: JOSEPHINE COUNTY COURTS
500 NW 6th Street - Room 252
Grants Pass, Oregon 97526

DATED the 6 day of February, 2003.

_[signature]_ Lindi Baker
JUDGE pro tem

**PETITIONER'S EXHIBIT 3**

☒ DA  ☒ Def/Atty  ☒ Jail  ☒ Probation  ☐ MH  ☒ _____

**GOV'N'T SENTENCING EXHIBIT 4-7**

[Filed FEB 6 2003, Josephine County Courts]
[Certified True Copy stamp dated Jun 2013]

# IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR JOSEPHINE COUNTY

## JUDGMENT OF CONVICTION AND SENTENCE

State of Oregon, Plaintiff

vs.

Christopher Sage, Defendant.

Counsel **Villaesusa**
☒ Court-appointed  ☐ Waived Rights to Attorney

DOB __/__/64

FOUND GUILTY by: ☐ Jury ☐ Court

CASE # 03CR0082
Count 6 Charge: Endangering Welfare of Minor
☐ Conviction for Class A Misdemeanor
☐ Conviction for Class A Misdemeanor upon successful completion of probation

Agency GRPP   Incident Date 10/22/02

DEFENDANT PLEAD: ☐ Guilty ☒ No Contest

Judge **Baker**
DA **Titzler**
Reporter **elec**
Clerk **CQ**
Interpreter _____

☐ Defendant Admitted Allegations
DATE: 1-29-03

---

### IT IS HEREBY ORDERED

☐ Impose Sentence  ☐ Suspend Imposition of Sentence
**DEFENDANT IS PLACED ON PROBATION**
☒ Community Corrections ☐ Court for **36** (months)/ years
☐ Submit to DNA as required by ORS 176.076
☐ All GENERAL CONDITIONS of probation (ORS 137.540) apply
☐ #10 - Obey all laws

The following Special Conditions of Probation apply:
(01) (02) 03 (04) 05 06 (07) 08 09 (10)(11) 12 13 14 15 16
17 (18) 19 20 (21)(22) 23 24 (25)(26) 27 (28) 29 30 31

☐ #04 - Abstain from the use of intoxicants.
☐ #08 - No contact with _____
☐ #12 - Complete _____ units / hours Community Service as directed by Community Service Coordinator and/or Probation Officer.
☐ #14 - Report to Community Service Coordinator within _____
☐ #15 - Successfully complete Alternative to Abuse and Violence Program as directed
☐ #19 - Successfully complete alcohol evaluation and treatment program as directed by Mental Health. Report by _____
☐ #20 - Attend Victim's Panel on _____
☐ #21 - Pay fines, fees, restitution, or other fees as ordered by the Court.
☐ #22 - Do not drive without a valid permit, license, or insurance.
☐ #30 - Report to jail for fingerprint and photography by _____
☐ _____

**Incarceration:**
_____ Total Custody Units
**60** (Units)/ Days / Months / Hours   Jail
☒ Consecutive to **Count # 5**  ☒ Credit Time Served
☐ #26 - Report to Probation Officer **within 24 hours or upon release**
☐ Report to Supervisory Authority **within 24 hours**.

The defendant ☐ may ☒ may not be considered by the executing or releasing authority for any form of alternative to incarceration or alternative sanctions as specified in ORS 137.750 and shall pay any required per diem fees.

☐ The Following Counts are dismissed: Counts: _____
☐ Court orders structured sanctions

UNLESS OTHERWISE ORDERED BY THE COURT OR AN APPEAL IS FILED WITHIN 30 DAYS OF THIS JUDGMENT, ALL CONTRABAND, INSTRUMENTALITIES, WEAPONS AND EVIDENCE SHALL BECOME THE PROPERTY OF THE APPROPRIATE LAW ENFORCEMENT AGENCY OF JOSEPHINE COUNTY FOR DISPOSITION PURSUANT TO LAW.

☒ DA ☒ Def/Atty ☒ Jail ☒ Probation ☐ MH ☒ _____

### MONEY JUDGMENT

Judgment Creditor: State of Oregon  Judgment Debtor: Defendant
**FEES AND ASSESSMENTS: Payable to Court**

| $ | 0 | Fine |
| $( | ) | Fine suspended if attends Victim Panel |
| $ | | Community Correction Assessment |
| $ | | Law Enforcement Medical |
| $ | | Police Assessment |
| $ | 105 | Unitary / Penalty Assessment |
| $ | | Court Appointed Attorney Fees |
| $ | | DUII Conviction Fee (Excluding treatment and evaluation fees) |
| $ | 500 | Domestic Violence Fund Assessment |

**COMPENSATORY FINE: Payable to Court**
$ _____ Name: _____

**RESTITUTION: Payable to Court**
$ _____ Name: _____
$ _____ Name: _____
$ _____ Name: _____

Joint/Several with _____

$ **605.00** TOTAL DUE  Security ☐ Refund
☐ Structured Fine

Payments are to be scheduled by the clerk of the court pursuant to ORS 161.675.

THE COURT MAY INCREASE THE TOTAL AMOUNT OWED BY ADDING COLLECTION FEES AND OTHER ASSESSMENTS. THESE FEES AND ASSESSMENTS MAY BE ADDED WITHOUT FURTHER NOTICE TO THE DEFENDANT AND WITHOUT FURTHER COURT ORDER.

Payable to: JOSEPHINE COUNTY COURTS
500 NW 6th Street - Room 252
Grants Pass, Oregon 97526

DATED the **6** day of **February**, 20**03**.

_Linda Baker_
JUDGE

PETITIONER'S EXHIBIT 3

**GOV'NT SENTENCING EXHIBIT 4-8**

(FILED: FEB 6 2003, Josephine County Courts)

# IN THE CIRCUIT COURT OF THE STATE OF OREGON FC JOSEPHINE COUNTY
## JUDGMENT OF CONVICTION AND SENTENCE

State of Oregon, Plaintiff

vs.

Chris Darrell Joseph Sage, Defendant.

Counsel Maier
☒ Court-appointed ☐ Waived Rights to Attorney

DOB ▇/64

FOUND GUILTY by: ☐ Jury ☒ Court

CASE # 03CR0082
Count 4  Charge: PCS

☐ Conviction for Class A Misdemeanor
☐ Conviction for Class A Misdemeanor upon successful completion of probation

Agency GRPP    Incident Date 10/22/02

DEFENDANT PLEAD: ☐ Guilty ☐ No Contest

Judge Corn
DA Itzler
Reporter Disc 1
Clerk mp
Interpreter ____

☐ Defendant Admitted Allegations
DATE: 8/5/04

---

### IT IS HEREBY ORDERED

☒ Impose Sentence ☐ Suspend Imposition of Sentence
**DEFENDANT IS PLACED ON PROBATION**
☒ Community Corrections ☐ Court for 18 (months)/ years
☒ Submit to DNA as required by ORS 176.076
☒ All GENERAL CONDITIONS of probation (ORS 137.540) apply
☐ #10 - Obey all laws

The following Special Conditions of Probation apply:
(01) (02) 03 (04) 05 06 (07) 08 09 (10)(11) 12 13 14 15 16
17 (18) 19 20 (21)(22)(23) 24 (25)(26) 27 28 29 30 31

☐ #04 - Abstain from the use of intoxicants.
☐ #08 - No contact with ____
☐ #12 - Complete ____ units / hours Community Service as directed by Community Service Coordinator and/or Probation Officer.
☐ #14 - Report to Community Service Coordinator within ____
☐ #15 - Successfully complete Alternative to Abuse and Violence Program as directed
☐ #19 - Successfully complete alcohol evaluation and treatment program as directed by Evaluator. Report by ____
☐ #20 - Attend Victim's Panel on ____
☐ #21 - Pay fines, fees, restitution, or other fees as ordered by the Court.
☐ #22 - Do not drive without a valid permit, license, or insurance.
☐ #30 - Report to jail for fingerprint and photography by ____
☒ Drug Court terminated
☒ $300 minus any monies paid to Drug Court to be paid to the Drug Crt Compensation Fund

Incarceration:
90/30  Total Custody Units 1C
10  (Units)/ Days / Months / Hours Jail
☒ Consecutive to O2CRO682  ☒ Credit Time Served
and consecutive to previously sentenced counts on 03CR0082
☒ #26 - Report to Probation Officer **within 24 hours or upon release**
☒ Report to Supervisory Authority **within 24 hours**.

The defendant ☒ may ☐ may not be considered by the executing or releasing authority for any form of alternative to incarceration or alternative sanctions as specified in ORS 137.750 and shall pay any required per diem fees.

☐ The Following Counts are dismissed: Counts: ____
☐ Court orders structured sanctions

UNLESS OTHERWISE ORDERED BY THE COURT OR AN APPEAL IS FILED WITHIN 30 DAYS OF THIS JUDGMENT, ALL CONTRABAND, INSTRUMENTALITIES, WEAPONS AND EVIDENCE SHALL BECOME THE PROPERTY OF THE APPROPRIATE LAW ENFORCEMENT AGENCY OF JOSEPHINE COUNTY FOR DISPOSITION PURSUANT TO LAW.

☒ not including drug court sanctions

### MONEY JUDGMENT

Judgment Creditor: State of Oregon    Judgment Debtor: Defendant
FEES AND ASSESSMENTS: Payable to Court

$ 500    Fine
$( ____ )   Fine suspended if attends Victim Panel ____
$ 54    Community Correction Assessment
$ 5     Law Enforcement Medical
$ ____  Police Assessment
$ 105   Unitary / Penalty Assessment
$ 6,061 Court Appointed Attorney Fees
$ ____  IDAA - Indigent Application
$ ____  IDCC - Indigent Contribution
$ ____  License Suspension Fee
$ ____  DUII Conviction Fee (Excluding treatment and evaluation fees)
$ ____  Domestic Violence Fund Assessment

COMPENSATORY FINE: Payable to Court
$ ____  Name: ____

RESTITUTION: Payable to Court
$ ____  Name: ____
$ ____  Name: ____
$ ____  Name: ____

Joint/Several with ____

$ 664.00   TOTAL DUE    ☐ Security ☐ Refund
☐ Structured Fine
Payments are to be scheduled by the clerk of the court pursuant to ORS 161.675.

THE COURT MAY INCREASE THE TOTAL AMOUNT OWED BY ADDING COLLECTION FEES AND OTHER ASSESSMENTS. THESE FEES AND ASSESSMENTS MAY BE ADDED WITHOUT FURTHER NOTICE TO THE DEFENDANT AND WITHOUT FURTHER COURT ORDER.

Payable to:  JOSEPHINE COUNTY COURTS
             500 NW 6th Street - Room 252
             Grants Pass, Oregon 97526

DATED the 5 day of August, 2004.

_Allan K. Corn_
JUDGE

PETITIONER'S EXHIBIT 3

Certified True Copy Of The Original
Dated This 7 Day of Jan, 2013
Trial Court Administrator
By: ____

AUG 05 2004 FILED Josephine County Courts