UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHRIS DARRELL JOSEPH SAGE,  Case No. 1:20-cv-01985-MK

    Petitioner,  ORDER

    v.

WILLIAM W. LOTHROP,
Warden, FCI Phoenix,

    Respondent.

_____

AIKEN, District Judge.

Petitioner's Unopposed Motion to Dismiss Petition (ECF No. 12) is GRANTED. This action is dismissed without prejudice.

DATED this <u>8th</u> day of June, 2021.

<u>   /s/Ann Aiken   </u><br>
Ann Aiken<br>
United States District Judge

1 -    ORDER